Lena Turner, as Administratrix of the Estate of George Turner, Deceased, Respondent, v. Town of Naples, Appellant.— Order affirmed, with $10 costs

and disbursements, on the authority of *Hawkins* v. *County of Oneida* (267 App. Div. 547). All concur. .(The order denies defendant's motion to dismiss plaintiff's complaint.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.